**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | | **CASE NO.: 09-6102-lmj** |
| **Debra Lee Stevens** | : | **CHAPTER 13** |
| **John Eric Queen** | | |
| | | |
| **Debtors.** | : | |

**FOURTH MOTION TO MODIFY PLAN POST-CONFIRMATION**

**COME NOW** the above-named Debtors and state that for their Modified Chapter 13 Plan debtors propose that paragraph 1a of their original Plan be modified to provide that the debtors will reduce the payments to the Trustee to $100 per month beginning in October, 2014 for the remaining months of this plan and abate any payments not made prior.

All other provisions and terms contained in the original debtors chapter 13 plan shall remain in full force and effect as provided therein.

Dated 10/1/14                                  Signed   /s/ Debra Stevens
                                                             Debtor


Dated  10/1/14                                 Signed   /s/ John Queen
                                                             Debtor



                                               /s/ John M. Miller
                                               JOHN M. MILLER, IS 9999255
                                               974 - 73rd Street, Suite 15
                                               Windsor Heights, IA  50324
                                               Telephone (515) 225-3333
                                               Lisar@dsmialaw.com
                                               ATTORNEY FOR DEBTORS

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| IN RE: : | |
| | **CASE NO.: 09-6102-lmj** |
| **Debra Lee Stevens** : | **CHAPTER 13** |
| **John Eric Queen** | |
| Debtors. : | |

## CERTIFICATE OF SERVICE
## FOURTH MODIFIED CHAPTER 13 PLAN POST-CONFIRMATION

The attorney undersigned certifies that on this 3rd day of October, 2014, the Fourth Modified Chapter 13 Plan Post-Confirmation was filed electronically in the United States Bankruptcy Court, for the Southern District of Iowa. The parties listed below will receive notice electronically.

US Trustee  
USTPRegion12.DM.ECF@usdoj.gov

Albert C. Warford, Trustee  
Chapter13@qwestoffice.net

The attorney undersigned certifies that on this 3rd day of October, 2014, the Fourth Modified Chapter 13 Plan Post-Confirmation was filed electronically in the United States Bankruptcy Court, for the Southern District of Iowa and on the same date the parties listed below were mailed the document by US Mail.

Debtors as listed on petition

American General  
5128 SE 14th St.  
Des Moines, IA 50320-1608

Apex Financial Management  
PO BOX 2189  
Northbrook, IL 60065-2189

Capital One  
PO Box 30285  
Salt Lake City, UT 84130

Cardwoks Servicing LLC
225 W Station Square Dr
Pittsburgh, PA 15219

Chrysler Financial
P.O. Box 9223
Farmington, MI 48334

Citi Mortgage
PO Box 9438
Gaithersburg, MD 20898-9438

Dr. Stephen R. Thies
7506 Hickman Rd
Windsor Heights, IA 50322

JcPenny
PO Box 981131
El Paso, TX 79998

Merchants Bank
PO Box 5241
Carol Stream, IL 60197

Merrick Bank
PO BOX 9201
Old Bethpage, NY 11804

Performance Capital Management
Dept. 735
PO Box 4115
Concord, CA 94524

Sam's Club
PO Box 981064
El Paso, TX 79998-1064

Town Financial
1301 E Euclid Ave.
Des Moines, IA 50316

Washington Mutual
PO Box 3139
Milwaukee, WI 53201

Wells Fargo
PO Box 29704
Phoenix, AZ 85038

Wells Fargo
PO Box 5943
Sioux Falls, SD 57117-5943

Wells Fargo
PO Box 98791
Las Vegas, NV 89153-8791

    /s/ John M. Miller
John M. Miller, IS9999255
974 - 73rd Street, Suite 15
Windsor Heights, IA  50324
Telephone:  (515) 225-3333
Fax: (515) 457-9999
Lisar@dsmialaw.com
ATTORNEY FOR DEBTORS