## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| IN RE: | : |
| **Debra Lee Stevens** | : CASE NO.: 09-6102 |
| **John Eric Queen** | : |
| | CHAPTER 13 |
| **Debtors** | : |

### DEBTOR'S MOTION FOR ENTRY OF DISCHARGE

The debtor makes the following statements and certifications:

1. I have satisfied all Plan requirements.

2. _X_ I am not required to pay any Domestic Support Obligations.

   ____ I am required to pay Domestic Support Obligations and all amount payable under such obligations are paid as of this date, including amounts that were due before the petition was filed, to the extent provided for by the plan, and I have filed the Debtor's Disclosure of Information Regarding Domestic Support Obligations with the Chapter 13 Trustee's Office.

3. The provisions of 11 U.S.C. §522(q)(1) are not applicable to me.

4. There is not pending a proceeding in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B).

5. I have completed an instructional course concerning personal financial management and a certificate regarding my attendance as required by Bankruptcy Rule 1007(b)(7) has been filed with the Court.

6. I am entitled to a discharge under 11 U.S.C. §1328.

I declare under penalty of perjury that the information provided is this certification and motion is true and correct and move the Court to enter a discharge in this case.

Dated: 1-12-2015

_____
Debtor

Dated: 1-12-2015

_____
Debtor

_____
John M. Miller
Attorney for Debtor(s)

**FILE WITH THE BANKRUPTCY COURT**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| IN RE: | : | |
|---|---|---|
| **Debra Lee Stevens**<br>**John Eric Queen** | : | **CASE NO.: 09-6102** |
| **Debtors** | : | **CHAPTER 13** |

### CERTIFICATE OF SERVICE
### DEBTOR'S MOTION FOR ENTRY OF DISCHARGE

By signing above, the attorney certifies that on this 16 day of January, 2015, this document was filed electronically in the United States Bankruptcy Court, for the Southern District of Iowa. The parties listed below will receive notice electronically.

US Trustee
USTPRegion12.DM.ECF@usdoj.gov

Albert C. Warford, Trustee
Chapter13@qwestoffice.net

/s/ John M. Miller
John M. Miller, IS9999255
974 73rd St., Ste. 15
Windsor Heights, IA 50324
Telephone: (515) 225-3333
Fax: (515) 457-9999
ATTORNEY FOR DEBTORS